## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| MELISSA PETERS, | |
| Plaintiff, | CIVIL ACTION NO.: 4:23-cv-37 |
| v. | |
| MAURICE A. SNIPES; SNIPES BROTHER TRANSPORTATION, LLC; DAILY EXPRESS, INC.; and UNITED STATES FIRE INSURANCE COMPANY, | |
| Defendants. | |

## O R D E R

Before the Court is a "Stipulation of Dismissal with Prejudice," signed and filed by counsel for Plaintiff and counsel for Defendants, in which the parties advise that they have settled the case and stipulate to the dismissal with prejudice of this action. (Doc. 59.) Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**. The Clerk of Court is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 24th day of April, 2024.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA